

**U.S. Department of Justice**

Office of the United States Trustee
*Southern District of New York*

*201 Varick Street*                                    *(212) 510-0500*
*Suite 1006*                                  *Fax: (212) 668-2255*
*New York, New York 10014*

February 26, 2018

BY ECF AND BY HAND

Hon. James L. Garrity, Jr.
Hon. Michael E. Wiles
United States Bankruptcy Judges
United States Bankruptcy Court
Alexander Hamilton Customs House
One Bowling Green
New York, New York 10004

                    Re:   In re P&R Bronx LLC
                          Case No. 18-10512 (JLG)

Dear Judges Garrity and Wiles:

        I respectfully write to request that the above-captioned
pro se Chapter 11 case be re-assigned to the Honorable Michael E.
Wiles.

        The debtor, P&R Bronx LLC (the "Debtor"), had a prior pro
se Chapter 11 case, Case No.17-13220 (MEW), before Judge Wiles.  At
the hearing upon this Office's motion to dismiss the prior case for
failure to obtain counsel, which motion was granted, Judge Wiles
indicated that the parties should notify the Court if the Debtor
re-filed so that the case could be re-assigned to him.

Hon. James L. Garrity, Jr.
Hon. Michael E. Wiles
Page 2

                                    Respectfully,

                                    WILLIAM K. HARRINGTON
                                    UNITED STATES TRUSTEE, REGION 2

                          By:    _/s/ Serene K. Nakano_
                                    SERENE K. NAKANO
                                    Trial Attorney
                                    (212) 510-0505


cc:  Aviva Francis, Esq.
     By E-Mail:  Afrancis@jntllp.com

     P&R Bronx LLC
     By Regular U.S. Mail