UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re

P & R BRONX LLC                                                    Chapter 11

                                                        Case No. 18-10512-mew

                         Debtor,

-----------------------------------------------------------x

**ORDER GRANTING MOTION, PURSUANT TO  11 U.S.C. §362(d), TO TERMINATE THE AUTOMATIC STAY AGAINST JY NOT SO COMMON L.P.**

Upon creditor JY Not So Common L.P's ("JY") Motion for Order pursuant to 11 U.S.C. § 362(d) terminating the automatic stay to allow JY to continue foreclosure proceedings against P & R Bronx LLC (the "Debtor"), and for *in rem* relief relating to the properties known as 1205 Commonwealth Avenue, Bronx, New York (the "Property") (ECF#10); and upon oral arguments heard on March 28, 2018 and the Court having considered JY's Motion, the relief requested therein, pleadings filed in the bankruptcy case, and the representations of counsel and any evidence presented at the hearing held on March 28, 2018 on the Motion; it is hereby

**ORDERED**, that JY's Motion is granted to the extent set forth herein, and it is further

**ORDERED,** that pursuant to 11 U.S.C. §362(d) the automatic stay is vacated to allow JY to continue the foreclosure proceedings against the Property; and it is further

**ORDERED,** that any act to enforce a deficiency judgment or to collect other monetary relief from the debtor shall proceed only in this Court and shall remain subject to the automatic stay; and it is further

**ORDERED** that all applicable government agencies are hereby directed to accept a certified copy of this order for filing and recordation and it is further

**ORDERED** that the requirement under Bankruptcy Rule 4001(a)(3) that an order granting a motion for relief from the automatic stay made in accordance with the Bankruptcy Rule 4001(a)(1) is stayed until the expiration of 14 days after entry of the order is waived and this Order shall be effective and enforceable immediately upon entry.

**DATED**:    New York, New York
March 28, 2018

/s/ **Michael E. Wiles**
UNITED STATES BANKRUPTCY JUDGE